[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11654

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELIZABETH KORCZ, MD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

D.C. Docket No. 2:19-cr-00193-RDP-JHE-1

_____

Before NEWSOM, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

P. Russell Steen, counsel for Elizabeth Korcz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Korcz's conviction and sentences are **AFFIRMED.**